**Order entered July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00251-CV

### DELORIS PHILLIPS, Appellant

### V.

### COLUMBIA LUXAR, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00788-E**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellant's "emergency second motion to supplement record on appeal and transfer original case/documents/exhibits/files/records to Court of Appeals."

/s/     BILL WHITEHILL
         JUSTICE